UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-91 (ADM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRYAN DALLAS CRANDALL,

        Defendant.

**ORDER**

The government has moved for a finding of specific reasons for no further delay of the entry of a plea in this matter, pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, Section 15002(b)(2). [Dkt. 6]. The defendant does not oppose the motion.

The Court finds the reasons given in the government's motion support the conclusion that the entry of a guilty plea in this matter cannot be further delayed without serious harm to the interests of justice. Specifically, further delay will deprive the government of a benefit of the plea agreement and may prejudice the defendant's ability to assist in his defense in a pending state court matter. It is therefore ordered that entry of a plea may proceed without further delay.

BY THE COURT:

Dated: July 1, 2020

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. District Court Judge