UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-cr-91 (ADM/LIB) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| | **FOR STEPHANIE M. LAWS** |
| BRYAN DALLAS CRANDALL, | |
| Defendant. | |

---

The Court and counsel are hereby notified that Stephanie M. Laws shall appear as counsel of record in this case for Defendant Bryan Dallas Crandall.

**MASLON LLP**

Dated:  October 28, 2020      By: *s/ Stephanie M. Laws*
　　　　　　　　　　　　　　　　Steven L. Schleicher (#0260587)
　　　　　　　　　　　　　　　　Stephanie M. Laws (#0396174)
　　　　　　　　　　　　　　3300 Wells Fargo Center
　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　Minneapolis, MN  55402-4140
　　　　　　　　　　　　　　Telephone: (612) 672-8200
　　　　　　　　　　　　　　Email:   steve.schleicher@maslon.com
　　　　　　　　　　　　　　　　　　　stephanie.laws@maslon.com

**ATTORNEYS FOR DEFENDANT
BRYAN DALLAS CRANDALL**